SPOONER v. LEFEVRE, appellant.

*Reference — findings of fact by referee — items of account.*

In an action where the parties had mutual claims against each other on account, the referee made a general finding in favor of the plaintiff, but gave no items of account. *Held,* that the referee should have required the parties to present their accounts in the form of debtor and creditor, and should, in his findings, have stated the items allowed distinctly. *Ketchum* v. *Clark,* 22 Barb. 319 ; Code, § 272.

Every judgment rendered by a referee should rest upon facts warranting it. distinctly and explicitly found and stated. *Buckingham* v. *Payne,* 36 Barb. 81; *Armstrong* v. *Bricknell,* 2 Lans. 221; *Smith* v. *Denier,* 23 N. Y. 365.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*John T. Pingree,* for appellant.

*H. V. Howland,* for respondent.

E. DARWIN SMITH, J.

The opinion is mainly devoted to a consideration of the evidence. The head-note contains the only points of importance passed upon, and it is not believed necessary to give the opinion in full.

*New trial granted.*